Cr. NO. 25-cr-10129-JEK

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO ELOY DETENTION CENTER, 1705 E HANNA ROAD, ELOY, AZ, THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, ANY OF HIS PROPER DEPUTIES, ASSISTANT BOSTON FIELD OFFICE DIRECTOR KEITH CHAN, OR ANY OTHER AUTHORIZED FEDERAL AGENT, GREETINGS:

You are hereby commanded to turn over to the United States Marshal for the District of Massachusetts, or any of his proper deputies, the body of **WANDISCLEIA FERREIRA DE SOUZA GUIMARAES, A-Number 240-486-257**, now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Massachusetts, or any of his proper deputies, or any agents of the U.S. Immigration and Customs Enforcement and Enforcement and Removal Operations (ICE- ERO), or any other authorized federal agent, may have the said **WANDISCLEIA FERREIRA DE SOUZA GUIMARAES** before (by zoom video conference) the United States District Court, District of Massachusetts, at the John Joseph Moakley, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts, 02210 on **June 3, 2025 at 10:30 a.m.**, or from such time to time thereafter as the case may be adjourned to, at which time to be interviewed and/or testify in connection with criminal docket number **25-cr-10129-JEK**, and immediately thereafter, the United States Marshal for the District of Massachusetts, or any of his proper deputies, or any authorized federal agent shall return the said **WANDISCLEIA FERREIRA DE SOUZA GUIMARAES** to **ELOY DETENTION CENTER, 1705 E HANNA ROAD, ELOY, AZ** under safe and secure conduct.

                                                   s/ Noreen Russo
                                                   DEPUTY CLERK
                                                 UNITED STATES DISTRICT COURT

The foregoing Writ is hereby allowed.
Dated at Boston, Massachusetts, this  19th
day of   May   , 2025.


/s/   Donald L. Cabell
HONORABLE DONALD L. CABELL
CHIEF UNITED STATES MAGISTRATE JUDGE