UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(4) WANDIS CLEIA GUIMARAES,<br><br>Defendant | No. 25-cr-10129-JEK |

### DISMISSAL OF THE INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts hereby dismisses the indictment filed on April 10, 2025, as to defendant (4) WANDIS CLEIA GUIMARAES, which charges the defendant with conspiracy to distribute and to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846. In support of this dismissal, the government states that the dismissal is in the interests of justice.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Date: May 30, 2025          By: */s/ Lauren A. Graber*
                                Lauren A. Graber
                                Assistant U.S. Attorney

Leave to File Granted:

_____
Hon. Julia E. Kobick
United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                        */s/ Lauren A. Graber*
                                        Lauren A. Graber
                                        Assistant United States Attorney

Date: May 30, 2025