# United States Court of Appeals
## For the First Circuit

No. 25-1775

UNITED STATES,

Appellant,

v.

WANDIS CLEIA GUIMARAES,

Defendant - Appellee.

**JUDGMENT**

Entered: December 11, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Paul J. Garrity
Donald Campbell Lockhart
Lauren A. Graber